496 A.2d 1143

**COMMONWEALTH of Pennsylvania**

v.

**Albert BROWN, etc., Petitioner.**

Supreme Court of Pennsylvania.

April 10, 1985.

Petition granted, No. 24 W.D. Appeal Docket 1985.